UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| ANGELA M. STONESTREET, | CASE NO. 5:20-cv-01646 |
| Plaintiff, | OPINION & ORDER [Resolving Doc. 1] |
| vs. |  |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, |  |
| Defendant. |  |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Stonestreet seeks judicial review of the Social Security Administration Commissioner's final decision denying Plaintiff's application for disability insurance benefits and supplemental security income.[1]

On October 6, 2021, Magistrate Judge Darrell A. Clay issued a Report and Recommendation ("R&R") recommending that the Court reverse the Commissioner's final decision denying Plaintiff Stonestreet's application and remand the case for further proceedings.[2] Defendant did not file objections to the R&R.

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[3] Absent objection, district courts may adopt an R&R without review.[4] Defendant did not object to the R&R, and this Court may adopt Magistrate Judge Clay's R&R without further review.

---

[1] Doc. 1. Plaintiff and Defendant filed merits briefs. Docs. 13; 15. Plaintiff filed a reply. Doc. 16.
[2] Doc. 17.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 5:20-cv-01646
Gwin, J.

Accordingly, the Court **ADOPTS** Magistrate Judge Clay's R&R, **REVERSES** the Commissioner's final decision, and **REMANDS** the case for further proceedings.

IT IS SO ORDERED.

Dated: January 14, 2022        *s/     James S. Gwin*
                                               JAMES S. GWIN
                                               UNITED STATES DISTRICT JUDGE